UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KEMEN L. TAYLOR, II, Ex Relatione             Case No. 16-CV-3893 (DSD/LIB)
In Propria Persona: Kemen L. Taylor II,

                         Petitioner,

    vs.

GOVERNOR MARK DAYTON,

                         Respondent.


KEMEN LAVATOS TAYLOR, II,                      Case No. 16-CV-3965 (DSD/LIB)

                         Petitioner,

    vs.

TOM ROY, Commissioner of Corrections,         ORDER ADOPTING THE REPORT
                                                AND RECOMMENDATION
                         Respondent.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED** that:

1.    Cases Nos. 16-CV-3893 (DSD/LIB) and 16-CV-3965 (DSD/LIB) be

CONSOLIDATED.

2.    That Case No. 16-CV-3965 be ADMINISTRATIVELY TERMINATED, without

prejudice to Taylor's right to seek habeas corpus relief.

3.      That all documents filed to date in both cases be docketed in Case No. 16-CV-3893.

4.      That the habeas corpus petition filed in Case No. 16-CV-3893 be regarded as the operative petition in this matter, absent direction from Taylor to the contrary.

Dated: December 23, 2016

s/ David S. Doty
David S. Doty, Judge
United States District Court Judge